1  Brian A. Pierik, City Attorney (SBN 62407)
   City of Pacific Grove
2  E-mail: bpierik@bwslaw.com
   Thomas B. Brown (SBN 104254)
3  E-mail: tbrown@bwslaw.com
   Gregory R. Aker (SBN 104171)
4  E-mail: gaker@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
5  1999 Harrison Street, Suite 1650
   Oakland, California 94612-3520
6  Tel: 510.273.8780

7  Attorneys for Defendants CITY OF PACIFIC GROVE, BILL PEAKE, JOE AMELIO, DEBBY
8  BECK, LUKE COLETTI, LORI MCDONNELL, CHAPS PODURI and NICK SMITH

9

10

11                UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

| 14 | RICHARD B. FOX, | Case No. 5:24-cv-03686-BLF |
|---|---|---|
| 15 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| 16 | v. | |
| 17 | CITY OF PACIFIC GROVE, CALIFORNIA, BILL PEAKE, MAYOR, CITY OF PACIFIC GROVE, CALIFORNIA, CITY PACIFIC GROVE CALIFORNIA CITY COUNCIL MEMBERS JOE AMELIO, DEBBY BECK, LUKE COLETTI, LORI MCDONNELL, CHAPS PODURI, AND NICK SMITH, | Filed Concurrently with Motion to Dismiss Complaint |
| 18 | | |
| 19 | | Judge: Hon. Beth Labson Freeman<br>Date: December 19, 2024<br>Time: 9:00 a.m.<br>Ctrm: 3 |
| 20 | | |
| 21 | Defendants. | |
| 22 | | Trial Date: None Set |

23  Defendants' Motion for dismiss plaintiff's complaint without leave to amend, for

24 failure to state a claim upon which relief can be granted, under FRCP Rule 12 (b)(1) and Rule

25 12(b)(6), came on for hearing before the Court on December 19, 2024. Plaintiff appeared in pro

26 per and Defendants appeared by Thomas B. Brown of Burke, Williams & Sorensen, LLP.

27  The Court, having considered the papers filed in support of and opposition to the motion,

28 and having heard and considered the argument of counsel, hereby finds that:

(1) Plaintiff's as-applied takings claim under the Fifth and Fourteenth Amendments of the U.S. Constitution is not ripe, and therefore this Court lacks subject jurisdiction and

(2) Plaintiff's facial takings claim challenging the facial constitutionality of Pacific Grove Municipal Code chapter 12.20 under the Fifth and Fourteenth Amendments of the U.S. Constitution is time barred and therefore does not plead facts sufficient to support a cognizable claim.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss is GRANTED as to each of plaintiff's claims for relief.

2. Since the defects in the Complaint cannot be cured by amendment, this Motion is GRANTED without leave to amend the Complaint.

Dated: _____

Hon. Beth Labson Freeman
U.S. District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4859-4017-9663 v1

2

CASE NO. 5:24-CV-03686-BLF
[PROPOSED] ORDER

...

## PROOF OF SERVICE

**Richard B. Fox v. City of Pacific Grove, et al.**
Case No. 5:24-cv-03686-NC

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Ventura, State of California. My business address is 2310 East Ponderosa Drive, Suite 25, Camarillo, CA 93010-4747.

On July 11, 2024, I served true copies of the following document(s) described as **[PROPOSED] ORDER** on the interested parties in this action as follows:

Richard B. Fox                                                                 *Plaintiff in Pro Se*
485 Ocean View Blvd.
Pacific Grove, CA 93950
Telephone: 408.402.2452
Facsimile: 669.221.6281
Email: rbfmd@aol.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Burke, Williams & Sorensen, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Camarillo, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dwetters@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 11, 2024, at Camarillo, California.

/s/ Kathleen van Daalen Wetters
Kathleen van Daalen Wetters